July 27, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

WILLIAM A. VANDERVLIST, Appellant

NO. 14-16-00044-CV                    V.

SAMARA PORTFOLIO MANAGEMENT, LLC, Appellee

_____

This cause, an appeal from an order in favor of appellee, Samara Portfolio Management, LLC, signed October 23, 2015, was heard on the transcript of the record. We have inspected the record and find no error. We order the court's order below **AFFIRMED**.

We order appellant, William A. Vandervlist, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.